

**Law Office of David Wims**

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

January 3, 2023

**BY ECF**

U.S. District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Honorable Magistrate Judge Roanne L. Mann

**Re:** *Ugwudiobi et al v. International Trendz, LLC d/b/a Presidential Security Co.* **(22CV4930) (PKC) (RLM)**

Dear Judge Mann:

Please be advised that I am the attorney for the Plaintiffs in the above referenced proceeding. I write to provide the Court with a status report as directed in Your December 27, 2022 Order. The delay in this matter was caused by a temporary inability to contact my clients, which has now been resolved. Plaintiffs plan to move to enter a default judgment against the corporate Defendant on or before January 13, 2023.

Thank You for Your time and consideration. Kindly direct any questions to the undersigned.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)


Cc: Honorable Pamela K. Chen (By ECF)