1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------X                    CIVIL ACTION NO. **22CV4930**
DONATUS UGWUDIOBI,                                                                   (PKC) (CLP)
YUSUFU JAGANA,
ANTIGHA ABIA,
DOOYUM IGBUDU,
CECILE MIREE,
SEEMAJ POUGH,
ALY ALWARS,

                                        Plaintiffs,
*on behalf of themselves and all others similarly situated*,    **REQUEST FOR CERTIFICATE OF DEFAULT**

            -against-

INTERNATIONAL TRENDZ, LLC,
d/b/a PRESIDENTIAL SECURITY COMPANY, and
ISMAIL QADAR,

                                        Defendants.
---------------------------------------------------X

TO: BRENNA B. MAHONEY UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant International Trendz, LLC, d/b/a Presidential Security Company, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of David C. Wims, Esq.

Dated: Brooklyn, New York

January 9, 2023

_____/s/_____
LAW OFFICE OF DAVID WIMS
BY: David C. Wims, Esq. (DW-6964)
*Attorneys for Plaintiffs*
1430 Pitkin Ave., 2nd Fl.
Brooklyn, NY 11233
(646) 393-9550

Law Office of David Wims, 1430 Pitkin Avenue, 2nd Floor, Brooklyn, New York 11233, (646) 393-9550, fax – (646) 393-9552, dwims@wimslaw.com, http://www.wimslaw.com.