UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONATUS UGWUDIOBI, YUSUFU JAGANA,
ANTIGHA ABIA, DOOYUM IGBUDU, CECILE
MIREE, SEEMAJ POUGH, ALY ALWARS,

                Plaintiffs,                22-cv-04930-PKC-CLP

    -     against  –                 **CERTIFICATE OF DEFAULT**

INTERNATIONAL TRENDZ, LLC,
d/b/a PRESIDENTIAL SECURITY COMPANY, and
ISMAIL QADAR,
                Defendants.
-----------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant INTERNATIONAL TRENDZ, LLC, d/b/a PRESIDENTIAL SECURITY COMPANY has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant INTERNATIONAL TRENDZ, LLC, d/b/a PRESIDENTIAL SECURITY COMPANY is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York          BRENNA B. MAHONEY, Clerk of the Court
       January 12, 2023              By: ___*Jalitza Poveda*_____
                                                         Deputy Clerk