

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

<u>**Via Electronic Filing**</u>                    May 12, 2023

The Honorable Judge Pamela K. Chen
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Judge Hector Gonzalez
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re.: Pre-Motion Conference Regarding Motion to Consolidate

> *Odom v. International Trendz, LLC et al* (1:23-cv-00828-HG) and *Ugwudiobi et al. v. International Trendz, LLC et al.* (1:22-cv-04930-PKC-CLP)

Dear Judges Chen and Gonzalez:

We represent Defendants, International Trendz, LLC and Ismail Qadar ("Defendants"), in *Odom v. International Trendz, LLC et al* (1:23-cv-00828-HG and *Ugwudiobi et al. v. International Trendz, LLC et al.* (1:22-cv-04930-PKC-CLP) (the "Actions"). In accordance with Rule 3(A) of Judge Pamela K. Chen's *Individual Practices and Rules* and Rule IV(A)(2) of Judge Hector Gonzalez's *Individual Practices*, Defendants respectfully request a pre-motion conference regarding Defendants' anticipated Motion to Consolidate the Actions for purposes of discovery, motion practice, pretrial, mediation, and trial purposes.

"Rule 42(a) of the Federal Rules of Civil Procedure empowers a trial judge to consolidate actions for trial when there are common questions of law or fact to avoid unnecessary costs or delay." *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2d Cir. 1990).



Here, the Actions have the same questions of law and fact. First, the Plaintiffs in both actions are current or former employees of Defendants. Second, the Plaintiffs in both Actions allege identical claims under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. 201 *et seq.* and NY Labor Law. And, finally, the Defendants in each action are exactly the same Parties. Moreover, consolidation will save the Parties much needed resources, will expediate a resolution of all claims, avoid the risk of inconsistent resolutions, and will not prejudice any party.

For the foregoing reasons, Defendants request that the Court order a Pre-Motion Conference regarding Defendants' anticipated motion to consolidate. We thank the Court for its attention to this matter.

Respectfully,

Ian E. Smith, Esq.
Partner, Spire Law, LLC

