

# Law Office of David Wims

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

June 14, 2023

**BY ECF**

U.S. District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Honorable District Judge Pamela K. Chen

**Re:**     *Ugwudiobi et al v. International Trendz, LLC d/b/a Presidential Security Co.* **(22CV4930) (PKC) (CLP)**

Dear Judge Chen:

Please be advised that I am the attorney for the Plaintiffs in the above referenced proceeding. I write pursuant to Your *Individual Practices* to request Court approval of Plaintiffs' proposed briefing schedule for its motion for conditional certification of this action under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.

Plaintiffs twice proposed to defense counsel the following briefing schedule for their motion but defense counsel has failed and/or refused to consent thereto. As a result, we ask that the Court so order:

   Plaintiffs' motion due: **6/16/2023**;
   Defendants opposition due: **7/14/2023**; and
   Plaintiffs' reply due: **7/28/2023**.

Thank You for Your time and consideration. Kindly direct any questions to the undersigned.

| | |
|---|---:|
| Law Office of David Wims | 6/14/2023 |

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)

cc: Honorable Cheryl L. Pollak (By ECF)
Ian Smith, Esq. (By ECF)