1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X           CIVIL ACTION NO. **22CV4930**
DONATUS UGWUDIOBI,                                                          (PKC) (RLM)
YUSUFU JAGANA,
ANTIGHA ABIA,
DOOYUM IGBUDU,
CECILE MIREE,
SEEMAJ POUGH,
ALY ALWARS,

                               Plaintiffs,
*on behalf of themselves and all others similarly situated*,        **CONSENT TO JOIN**
                                                                             **FLSA ACTION**

                        -against-

INTERNATIONAL TRENDZ, LLC,
d/b/a PRESIDENTIAL SECURITY COMPANY, and
ISMAIL QADAR,

                               Defendants.
---------------------------------X

Name:   Antigha Abia

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my claims for unpaid and untimely paid minimum wage and/or overtime amount that I allege are due to me for work I performed for which I allege Defendants are liable.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*., and the New York Labor Law §§ 191 and 652, to recover alleged unpaid and untimely paid minimum wages, overtime and liquidated damages, inter alia. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

4. I choose to be represented by class counsel for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate the named Plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due my attorneys, and all other matters pertaining to this lawsuit.

Date Signed __Jun 24, 2023__

Signature __Antigha Abia (Jun 24, 2023 13:57 EDT)__

Printed Name __Antigha Abia__

**CONTACT INFORMATION**

Name __Antigha Abia__

Street __25 Hansom place__

City, State, Zip __Roosevelt__

Phone Number __5169671807__

Email Address __antigha_abia1@yahoo.com__

# UgwudiobiConsent

Final Audit Report	2023-06-24

| | |
|---|---|
| Created: | 2023-06-24 |
| By: | David Wims (dwims@wimslaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAzpRb6EqWHvpMdu_GZXEoxrBBWwOsGzhJ |

## "UgwudiobiConsent" History

- Document created by David Wims (dwims@wimslaw.com)
  2023-06-24 - 4:44:27 PM GMT

- Document emailed to antigha_abia1@yahoo.com for signature
  2023-06-24 - 4:45:08 PM GMT

- Email viewed by antigha_abia1@yahoo.com
  2023-06-24 - 5:53:48 PM GMT

- Signer antigha_abia1@yahoo.com entered name at signing as Antigha Abia
  2023-06-24 - 5:57:34 PM GMT

- Document e-signed by Antigha Abia (antigha_abia1@yahoo.com)
  Signature Date: 2023-06-24 - 5:57:36 PM GMT - Time Source: server

- Agreement completed.
  2023-06-24 - 5:57:36 PM GMT

Adobe Acrobat Sign