**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DONATUS UGWUDIOBI, YUSUFU JAGANA, ANTIGHA ABIA, DOOYUM IGBUDU, CECILE MIREE, SEEMAJ POUGH, and ALY ALWARS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  -against-<br><br>INTERNATIONAL TRENDZ, LLC, d/b/a PRESIDENTIAL SECURITY COMPANY, and ISMAIL QADAR,<br><br>                Defendants. | No. 22-cv-4930 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JASON ODOM and SAHARA JACKSON, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  -against-<br><br>INTERNATIONAL TRENDZ, LLC and ISMAIL QADAR,<br><br>                Defendants. | No. 23-cv-828<br><br><br><br><br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Justin S. Clark, along with all exhibits annexed thereto, and Plaintiffs' Memorandum of Law Joining and in Support of the Wims Plaintiffs' Motion for Conditional Collective Certification pursuant to 29 U.S.C. § 216(b), plaintiffs Jason Odom and Sahara Jackson shall move this Court, pursuant to

1

the briefing scheduled ordered by the Court, for an Order pursuant to 29 U.S.C. § 216(b) conditionally certifying the Collective, ordering that notice should be provided to all potential members of the collective, approving the Law Office of David Wims, Bashian & Papantoniou, P.C., and Levine & Blit, PLLC as co-counsel for collective.

Respectfully submitted,

Dated: July 27, 2023
      New York, NY

/s/
Justin S. Clark
LEVINE & BLIT, PLLC
350 Fifth Ave., Suite 4020
New York, NY 10118
(212) 967-3000
jclark@levineblit.com
*Co-Counsel for Plaintiffs Odom and Jackson*

/s/
Erik M. Bashian
BASHIAN & PAPANTONIOU, P.C.
500 Old Country Rd., Suite 302
Garden City, NY 11530
(516) 279-1554
eb@bashpaplaw.com
*Co-Counsel for Plaintiffs Odom and Jackson*