

# Law Office of David Wims

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

September 13, 2023

**BY ECF**

U.S. District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Honorable Magistrate Judge Cheryl L. Pollak

**Re:**     ***Ugwudiobi et al v. International Trendz, LLC d/b/a Presidential Security Co. (22CV4930) (PKC) (CLP)***

Dear Judge Pollak:

Please be advised that I am the attorney for the *Ugwudiobi* Plaintiffs in the above referenced proceeding. I write in response to Your electronic Order date September 6, 2023.

Pursuant to the Court's scheduling Order, the *Ugwudiobi* Plaintiffs served Defendants, and the *Odom* Plaintiffs, with their moving papers on June 15, 2023. See June 16, 2023 Electronic Order. Defendants opposed the *Ugwudiobi* Plaintiffs' motion for conditional certification on August 29, 2023. The *Ugwudiobi* Plaintiffs file their motion papers simultaneously with this correspondence.

Thank You for Your time and consideration. Kindly direct any questions to the undersigned.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)

cc: Honorable Pamela K. Chen (By ECF)
Ian Smith, Esq. (By ECF)
Justin Clark, Esq. (By ECF)
Erik Bashian, Esq. (By ECF)