**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------X      CIVIL ACTION NO. **22CV4930**
DONATUS UGWUDIOBI,                                                    (PKC) (CLP)
YUSUFU JAGANA,
ANTIGHA ABIA,
DOOYUM IGBUDU,
CECILE MIREE,                                               **PLAINTIFFS' COUNSEL'S**
SEEMAJ POUGH,                                              **DECLARATION IN SUPPORT**
ALY ALWARS,

        Plaintiffs,
*on behalf of themselves and all others similarly situated*,

   -against-

INTERNATIONAL TRENDZ, LLC,
d/b/a PRESIDENTIAL SECURITY COMPANY, and
ISMAIL QADAR,

        Defendants.
---------------------------------------------------X

**DAVID C. WIMS**, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am admitted to practice before this Court and I am the attorney for Plaintiffs in the instant proceeding.

2. I submit this *Declaration* to place before the Court documents relied upon by Plaintiffs in their motion for conditional certification and Court approved notice pursuant to 29 U.S.C. § 216.

3. The basis for my submission of the attached documents is my review of the case file, documents and records of Plaintiffs.

4. Plaintiffs attach the following documents:

  i. *Complaint*;

  ii. *Amended Answer*;

      iii. Plaintiffs' proposed *Notice*;

      iv. Plaintiffs' proposed *Consent to Join*; and

      v. Plaintiffs' proposed *Order*.

Dated: Brooklyn, New York

June 14, 2023

                                                _____/s/_____
                                                LAW OFFICE OF DAVID WIMS
                                                BY: David C. Wims, Esq. (DW-6964)
                                                *Attorneys for Plaintiffs*
                                                1430 Pitkin Ave., 2nd Fl.
                                                Brooklyn, NY 11233
                                                (646) 393-9550