

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

October 22, 2025

**Via Electronic Filing**
The Honorable Magistrate Cheryl Pollak
U.S. District Court, Eastern District of New York
225 Cadman Plaza E, Brooklyn, NY 11201

Re.: *Ugwudiobi et al v. International Trendz, LLC d/b/a Presidential Security Company et al (1:22-cv-04930)*

Dear Judge Pollak:

We write in response to the Court's Text Order of October 10, 2025, directing Defendants International Trendz, LLC and Ismail Qadar to

> file a status letter with Court by 10/17/2025 indicating whether they consent to the withdrawal [of their counsel] and, if so, whether they intend to seek new counsel.

Undersigned counsel has advised Defendants of the Court's Text Order and the response required thereto. To date, counsel has been unable to confer with Defendants to discuss the Order .

Accordingly, Defendants have not indicated whether they consent to counsel's withdrawal and have not indicated whether they intend to seek new counsel.

Respectfully,

*/s/ Ian E. Smith*

Ian E. Smith, Esq.
Partner, Spire Law, PLLC

