UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONATUS UGWUDIOBI, *et al., individually*
*and on behalf of themselves and all others*
*similarly situated*,

                           Plaintiffs,

             -against-

INTERNATIONAL TRENDZ, LLC,
d/b/a PRESIDENTIAL SECURITY COMPANY
*and* ISMAIL QADAR,

                        Defendants.

------------------------------------------------------------X
JASON ODOM, *et al., individually and on behalf*
*of themselves and all others similarly situated*,

                        Plaintiffs,

             -against-

INTERNATIONAL TRENDZ, LLC,
d/b/a PRESIDENTIAL SECURITY COMPANY
*and* ISMAIL QADAR,

                        Defendants.
------------------------------------------------------------X

**ORDER**
22 CV 4930 (RER) (CLP)

23 CV 828 (RER) (CLP)

**POLLAK**, United States Magistrate Judge:

On October 9, 2025, Ian E. Smith, Esq., filed a motion to withdraw from further representation of defendants International Trendz, LLC and Ismail Qadar in the above-captioned action.  (ECF No. 83).  The Court Ordered defendants to indicate whether they consented to the withdrawal and whether they intended to seek new counsel.  (Electronic Order 10/10/2025).  Despite Mr. Smith's attempt to confer with his clients, defendants did not contact the Court or

file any objection to the motion.  (See ECF No. 85).  Plaintiffs have indicated that they have no objection to counsel's motion.  (See ECF No. 84 at 1).

Given the lack of any objection from his clients, Mr. Smith's motion to withdraw is granted pursuant to Rule 1.4 of the Local Civil Rules.

Defendant Ismail Qadar shall have until **December 22, 2025** to find new counsel or alert the Court that he wishes to proceed *pro se*.  If defendant Qadar fails to contact the court by December 22, 2025—either directly or through counsel—plaintiffs may seek a default against defendant.

Defendant International Trendz, LLC shall have until **December 22, 2025** to find new counsel.  Defendants are warned that, because International Trendz, LLC is a corporate entity, it may not appear in federal court without counsel.   See United States ex rel. Reliable Constr. PM, Inc. v. Land Frog, Inc., No. 13 CV 7351, 2015 WL 740034, at *3 (E.D.N.Y. Feb. 20, 2015). Failure to obtain counsel will result in entry of a default against International Trendz, LLC.

Mr. Smith is Ordered to promptly serve a copy of this Order on defendants Ismail Qadar and International Trendz, LLC and to file proof of service immediately thereafter.  Mr. Smith is further Ordered to file a letter with this Court providing any contact information for defendants that he may have.

     **SO ORDERED.**
Dated: Brooklyn, New York
       October 22, 2025

                   /s/ Cheryl L. Pollak
                   Cheryl L. Pollak
                   United States Magistrate Judge
                   Eastern District of New York