

**SPIRE LAW**

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

<u>**Via Electronic Filing**</u>                                    **January 9, 2026**

The Honorable Magistrate Judge Cheryl L. Pollak
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re.:    **STATUS REPORT**

*Ugwudiobi et al. v. International Trendz, LLC et al.* (1:22-cv-04930-PKC-CLP)

*Odom v. International Trendz, LLC et al* (1:23-cv-00828-HG)

Dear Judge Pollak:

I respond to the Court's Order of December 30, 2025, (ECF No. 87), in which the Court ordered me to file a status report explaining my delay in complying with the Court's prior Order, (ECF No. 86), to

> [S]erve a copy of the Order on the defendants, file proof of service immediately thereafter, and file a letter with the Court providing any contact information that he may have.

(ECF No. 87, p. 1.)

Following receipt of the Court's most recent Order, (ECF No. 87), I reviewed my firm's records with respect to our representation of defendants in the above-referenced matters.    It appears from my review that we inadvertently failed to fully consider the Court's Order, (ECF No. 86), which, in part, granted my withdrawal as counsel.  My failure to comply with the Court's Order was an unfortunate error and simply a careless oversight.   I ask the Court to excuse my unfortunate lapse.



**SPIRE LAW**

In an effort to comply, albeit belatedly, we have served the Court's recent notices, (ECF Nos. 84-87), upon defendants and advised them of their obligations with respect to the engagement of counsel. We will follow with a proof of service of same. Additionally, we provide defendants' contact information from our records:

> Mr. Ismail Qadar
> International Trendz, LLC
> 275 Malcolm X Blvd 1
> New York NY, 10027
> 917-756-9579
> itrendzstore7@gmail.com
>
> Presidential Security Services LLC
> 90 State St Ste 700 Office 40
> Albany, NY 12207
> 917-756-9579
> itrendzstore7@gmail.com

We ask the Court to accept the information above to satisfy the Court's directive to "file a letter with the Court providing any contact information for defendants that [I] may have." (ECF No. 87, p. 1.)

Should the Court require anything further, please do not hesitate to contact me.

We thank the Court for its attention to this matter.

> Respectfully,
>
> Ian E. Smith, Esq.



SPIRE LAW

cc:    Honorable Pamela K. Chen (By ECF)
        David C. Wims, Esq. (By ECF)
        Erik Bashian, Esq. (By ECF)
        Justin Clark, Esq. (By ECF)